<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6539**

---

HERBERT CURTIS,

Plaintiff - Appellant,

versus

MRS. JOHNSON, Warden; FLORENCE MAUNEY, Cap-
tain; MRS. GREW, Grievance; OFFICER BISHOP;
OFFICER OWENS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(CA-99-220-6)

---

Submitted:  June 15, 2000          Decided:  June 26, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Herbert Curtis, Appellant Pro Se.  Russell W. Harter, Jr., CHAPMAN,
HARTER & GROVES, P.A., Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herbert Curtis appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint as frivolous. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Curtis v. Johnson, No. CA-99-220-6 (D.S.C. Mar. 23, 2000). We further deny Curtis' motion for documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED